**Michael E. STEPHEN, Petitioner-Appellant,**

**v.**

**UNITED STATES of America, Respondent-Appellee.**

No. 71–1369

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 16, 1971.

Phillip Bordages, Beaumont, Tex., for petitioner-appellant.

Roby Hadden, U. S. Atty., James W. Knowles, Asst. U. S. Atty., Tyler, Tex., for respondent-appellee.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] United States v. Woodall, 5 Cir., 1971, 438 F.2d 1317 (en banc).